**United States Bankruptcy Court**
**Eastern District of Missouri**

**IN RE:** Case No. **13-46284**

**Staples, Kirsten** Chapter **13**

Debtor(s)

### MOTION BY DEBTOR TO CONVERT CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above named Debtor(s) requests this court to convert this case under Chapter 13 to a case under Chapter 7, and as grounds states as follows:

1. An order for relief under Chapter 13 of the Bankruptcy Code was entered on **7/08/2013**.

2. Debtor is eligible to be a debtor under Chapter 7 of the Code and desires to convert this case to a case under that chapter.

**WHEREFORE,** the debtor prays for this court to convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code.

Dated this **24th** day of **March**, **2015**.

*/s/ Kirsten Staples*
*Signature of Debtor*

_____
*Signature of Joint Debtor (if any)*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only